**Order entered February 18, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-01381-CR

**WILLIAM SEDRIC AUTREY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 296th Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 429-81194-10**

## ORDER

The Court **REINSTATES** the appeal.

On February 10, 2015, we ordered the trial court to make findings regarding why the clerk's and reporter's records have not been filed in this appeal. We **ADOPT** the findings that: (1) appellant desires to pursue the appeal; (2) appellant is indigent and entitled to proceed without payment for the record; (3) appellant is represented by court-appointed counsel; (4) Jan Dugger is the court reporter who recorded the proceedings; and (5) Ms. Dugger's explanation for the delay in filing the record is her workload. We **DO NOT ADOPT** the finding that Ms. Dugger will file the reporter's record seventy days from February 12, 2015.

We **ORDER** Jan Dugger, official court reporter of the 296th Judicial District Court, to file the reporter's record in this appeal by **APRIL 17, 2015**.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to Jan Dugger, official court reporter, 296th Judicial District Court, and to counsel for all parties.

/s/ LANA MYERS
   JUSTICE